1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

8

9  WILLIAM ALVIE MARLOW,

10                    Petitioner,

11    v.

12  SCOTT FRAKES,

13                    Respondent.

NO. C09-5455 RJB/KLS

ORDER GRANTING PETITIONER'S
MOTION FOR CONTINUANCE TO
SUBMIT SERVICE COPIES AND
AMENDED PETITION

14        Before the Court is Petitioner's motion for a continuance to submit service copies and

15  amended petition.  Dkt. 3.  Petitioner filed his petition for writ of habeas corpus on July 28,

16  2009.  Dkt. 1  On July 31, 2009, the Court Clerk sent a letter to Petitioner advising him that he

17  had failed to provide the Court with sufficient service copies of his petition.  Dkt. 2.

18  Petitioner was given a deadline of September 2, 2009 to provide service copies of his petition.

19  *Id.*

20        Petitioner requests a ninety day extension of time, but not less than sixty days, from

21  September 2, 2009, to correct errors in his opening brief and to submit service copies of the

22  petition.  Dkt. 3, p. 1.

23        The Court finds that a reasonable extension of time should be granted.

24        Accordingly, it is **ORDERED**:

25        (1)      Petitioner's motion for an extension of time (Dkt. 3) is **GRANTED**.

26

1

(2)     Petitioner may file his opening brief and provide service copies of his petition

2

for habeas corpus, brief and any supporting documents and exhibits on or before **November**

3

**16, 2009.**

4

(3)     The Court Clerk shall re-note the deadline for submission of the foregoing for

5

**November 16, 2009**.

6

(4)     The Clerk is directed to send copies of this order to Petitioner.

7

8

**DATED** this  1st  day of September, 2009.

9

10

11

Karen L. Strombom
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26