UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM ALVIE MARLOW,

                     Petitioner,

    v.

SCOTT FRAKES,

                     Respondent.

No. C09-5455 RJB/KLS

ORDER REGARDING REQUEST FOR "THIRD PARTY STAMP"

      This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Petitioner's "Receipt of Order Granting Extension of Time to Submit Brief … 3rd Party Stamp." Dkt. 8.

      Petitioner states that another inmate is assisting him in his communications with the Court as he is without the ability to read and/or write and requests information on what he must file to obtain "a Third Party Stamp so that the person assisting [him] does not suffer unsubstantiated harassment by the facility [he and the other inmate] are at." Dkt. 8, p. 1. It is unclear what relief the petitioner seeks. In addition, neither the court nor clerk of the court can provide legal advice. Finally, if Petitioner seeks relief from this Court, he must do so in the form of a motion, noted for hearing according to the Federal Rules of Civil Procedure. Thus, the document shall remain in the court's file without further action by the court.

ORDER - 1

DATED this 9th day of October, 2009.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2