# UNITED STATES DISTRICT COURT
# WESTERN DISCTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM ALVIE MARLOW, | NO. C09-5455 RJB/KLS |
| Petitioner, | ORDER GRANTING EXTENSION TO FILE HABEAS PETITION |
| v. | |
| SCOTT FRAKES, | |
| Respondent. | |

On December 2, 2009, Petitioner was ordered to advise the court by December 18, 2009, as to whether he wished to proceed on his original petition or file an amended petition. Dkt. 11. In response, Petitioner asserts several reasons for his request for an additional thirty days "to further [his] appeal." Dkt. 12. Therefore, the court will extend Petitioner's deadline to either proceed on his original petition or to file an amended petition until January 29, 2010.

Accordingly, it is **ORDERED:**

(1) Petitioner's fourth motion for an extension of time (Dkt. 12) is **GRANTED**.

(2) Petitioner may proceed on his original petition or may file an amended petition **on or before January 29, 2010.**

(3) The Clerk is directed to send copies of this order to Petitioner.

**DATED** this  11th  day of January, 2010.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge