UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM A. MARLOW,<br><br>                      Petitioner,<br>    v.<br><br>SCOTT FRAKES,<br><br>                      Respondent. | No. C09-5455 RJB/KLS<br><br>ORDER DENYING MOTION |

This 28 U.S.C. § 2254 petition has been assigned to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S. C. § 636(b)(1) and Local MJR 3 and 4. Petitioner has filed a "Moption feeeeefe counsel dfgreg redfgfde." ECF No. 31. In addition, the remainder of the document filed by Petitioner is completely nonsensical.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion (ECF No. 31) is **DENIED**.

(2) The Clerk is directed to send copies of this Order to Petitioner.

DATED this  25th  day of October, 2010.

                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER DENYING MOTION FOR COUNSEL - 1