UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM A. MARLOW,

           Petitioner,

  v.

SCOTT FRAKES,

           Respondent.

NO. C09-5455  RJB/KLS

ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO HABEAS PETITION

Before the court is Respondent's Motion for Extension, seeking an extension of time until December 20, 2010 to file his answer to Petitioner's habeas corpus petition, which is currently due on November 19, 2010.  ECF No. 34.  Respondent's counsel seeks the extension due to medical problems.  *Id.*, p. 2.  Although Respondent's motion was noted for December 10, 2010, the court finds the basis for the request to be reasonable.

Accordingly, it is **ORDERED:**

(1)    Respondent's motion (ECF No. 34) is **GRANTED**.

(2)    Respondent shall file his answer on or before **December 20, 2010.**

(3)    The clerk is directed to send copies of this Order to Petitioner and to counsel for Respondent.

DATED this   30th   day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1