# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WILLIAM ALVIE MARLOW,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAKES,<br><br>　　　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C09-5455RJB/KLS |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　THE COURT HAS ORDERED THAT

1. The Court **ADOPTS** the Report and Recommendation (Dkt. 39), with the correction;
2. Petitioner's first claim for federal habeas relief based on the Fifth and Fourteenth Amendments' due process clauses and the First Amendment's access to courts claim is **DENIED.** Petitioner's remaining claims were dismissed with prejudice by the court on September 23, 2010, as unexhausted and procedurally barred (Dkt. 29).
3. In his objections, Petitioner required that the court grant a Certificate of Appealability. Dkt. 44. In the event that petitioner files an appeal with the Ninth Circuit U.S. Court of Appeals, the motion for a Certificate of Appealability (Dkt. 44) is **DENIED**, in accord with the recommendation of the magistrate judge.
4. This case is **DISMISSED WITH PREJUDICE**.

　　Dated this 18 day of May, 2011.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　s/*CM Gonzalez*
　　　　　　　　　　　　　　　　　　Deputy Clerk